E-FILED
Wednesday, 04 December, 2013  01:36:33 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| James Rollins | ) | |
|     Plaintiff | ) | |
| | ) | |
|           v. | ) | 13-1293 |
| | ) | |
| Graphic Packaging and United Steel Workers Local 188 | ) | |
|     Defendant | ) | |
| | ) | |

Report and Recommendation

Plaintiff is proceeding *pro se* in this matter. He filed this lawsuit on June 28, 2013. Pursuant to FRCP 4(m), he had 120 days from the date suit was filed to effect service on the defendants. By the end of that period, he had done nothing about serving the defendants. An order was entered on October 30, 2013, extending the period for service by 21 days and directing the Plaintiff either to submit summonses for issuance or prepare a Notice of Lawsuit and Request for Waiver. The Order cautioned Plaintiff that "failure to comply with this Order in a timely manner may result in dismissal of this case for failing to prosecute it." (Order, Doc. #4).

The 21 days came and went, and Plaintiff has failed to take any action. I therefore recommend that this matter be dismissed for failure to prosecute, pursuant to FRCP 41(b). The Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk within fourteen (14) working days after service of this Report and Recommendation. FRCP 72(b); 29 USC636 (b)(1).  Failure to object will constitute a waiver of objections on appeal. *Johnson v Zema Sys. Corp.*, 170 F3d 734, 739 (7th Cir 1999); *Video Views Inc. v Studio 21, Ltd.,* 797 F2d 538 (7th Cir 1986).

Entered: December 4, 2013

s/ John A. Gorman

John A. Gorman
U.S. Magistrate Judge